**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MIKEL MURPHY,**

    **Plaintiff,**

v.                                           **Case No.  8:08-cv-1557-T-30EAJ**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Remand (Dkt. #14).  On August 11, 2008, Plaintiff filed a Complaint (Dkt. #1) against Defendant Commissioner of Social Security (the "Commissioner"), seeking review of the Commissioner's decision to deny Plaintiff's claim of disability.  The Commissioner has not yet answered the Complaint.  Rather, the Commissioner requests that this Court remand this case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. §§ 205(g) and 1631(c)(3).

The Commissioner moves to remand this matter under Section 405(g) of the Social Security Act which provides, in pertinent part:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security. . .

The Commissioner's request is made for the purpose of consolidating all pending matters, since Plaintiff has applications pending in a case previously remanded and a pending request for hearing related to new applications. Plaintiff has not filed a response in opposition within the appropriate time period. Accordingly, the Court, having considered the motion, complaint, and being otherwise advised in the premises, concludes that this matter should be remanded under sentence six to the Commissioner for further administrative action.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Remand (Dkt. #14) is **GRANTED**.

2. This Clerk of this Court is directed to **REMAND** this case to the Commissioner of Social Security under sentence six of 42 U.S.C. §§ 205(g) and 1631(c)(3) for further administrative action.

3. The Clerk is further directed to **ADMINISTRATIVELY CLOSE** this file until after completion of the remanded proceedings and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on December 10, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-1557.mt remand CSS 14.wpd